IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02402-CMA-MJW

OHIO SPINE NETWORK, INC.,

Plaintiff(s),

v.

LANX, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Entry of Confidentiality Protective Order (docket no. 12), filed March 10, 2011, is GRANTED finding good cause shown. The written Stipulated Confidentiality Protective Order (docket no. 12-1) is APPROVED as amended in paragraphs 7(a) and 10(b) and made an Order of Court.

Date: March 11, 2011