IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02402-CMA-MJW

OHIO SPINE NETWORK, INC.,

Plaintiff(s),

v.

LANX, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff Ohio Spine Network, Inc.'s Unopposed Motion to Vacate Settlement Conference, DN 16, filed with the Court on April 8, 2011, is GRANTED. The Settlement Conference set on April 18, 2011, at 10:00 a.m., is VACATED and RESET on June 9, 2011, at 3:00 p.m., in Courtroom A-502, Alfred A. Arraj United States District Court, 901 19th Street, Denver CO 80294. The parties are reminded that persons with settlement authority shall be present in person for the Settlement Conference. Additionally, the parties shall submit their confidential settlement statements on or before June 3, 2011.

Date:   April 12, 2011