IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02402-CMA-MJW

OHIO SPINE NETWORK, INC.,

Plaintiff(s),

v.

LANX, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (docket no. 19) is GRANTED finding good cause shown. The deadline to disclose experts is extended to June 20, 2011. The deadline to disclose rebuttal experts is extended to July 15, 2011. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date:  May 19, 2011