IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cv-02402-CMA-MJW

OHIO SPINE NETWORK, INC.,
an Ohio Corporation,

       Plaintiff,

v.

LANX, INC.,
a Delaware Corporation,

       Defendant.

---

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER
( Docket No. 23 )

The Court having reviewed the Joint Motion to Amend Scheduling Order and otherwise being fully advised, hereby ORDERS as follows:

1. The Joint Motion is GRANTED and the Scheduling Order is hereby amended to include a new discovery-cut date of August 31, 2011, and a new dispositive motion deadline of September 28, 2011.

Dated: June 23rd, 2011.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO