**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02402-CMA-MJW

OHIO SPINE NETWORK, INC., an Ohio Corporation,

      Plaintiff,

v.

LANK, INC., a Delaware Corporation,

      Defendant.

_____

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS
_____

      IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

      DATED June 4, 2012.

                         BY THE COURT:

                         _____
                         Christine M. Arguello
                         United States District Judge