**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02402-CMA-MJW

OHIO SPINE NETWORK, INC., an Ohio Corporation,

    Plaintiff,

v.

LANX, INC., a Delaware Corporation,

    Defendant.

---

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO AMEND
JUDGMENT PURSUANT TO FED.R.CIV.P. 59(e)**

---

The Court having reviewed Plaintiff's Unopposed Motion to Amend Judgment Pursuant to F.R.C.P. 59(e) (Doc. # 58), and being fully advised, GRANTS the Motion. An Amended Final Judgment in a Civil Action shall enter in this case reflecting an award of prejudgment interest to Plaintiff Ohio Spine Network, Inc. in the amount of $132,788.38 from July 2, 2010 through June 8, 2012.

    DATED:  June __14__, 2012

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge